No. 94–1323. BRYAN ET AL. *v.* JAMES E. HOLMES REGIONAL MEDICAL CENTER, AKA HOLMES REGIONAL MEDICAL CENTER, INC. C. A. 11th Cir. Certiorari denied.

No. 94–1358. LINTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–1362. ESTATE OF RAVETTI *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 94–1369. FERNANDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–1382. JACOB *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–1434. CAMOSCIO *v.* POKASKI ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–6675. SANCHEZ-MONTOYA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6707. M. R. ET AL. *v.* COX ET AL. Ct. App. Okla. Certiorari denied.

No. 94–6933. AGUILAR-HIGUERRA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–6940. FOSTER *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 94–7025. SHORES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7099. BEAUCHAMP *v.* MURPHY, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 94–7111. AYALA *v.* UNITED STATES; CASTREJON-ORTIZ *v.* UNITED STATES; HERNANDEZ-RENTERIA *v.* UNITED STATES; MORENO-ARGUETA *v.* UNITED STATES; CORTES-CEBRERA *v.* UNITED STATES; CASTRO-SANCHEZ *v.* UNITED STATES; ALVARADO-MALDONADO *v.* UNITED STATES; RUIZ-ALVAREZ *v.* UNITED STATES; LEDESMA-CASTILLO *v.* UNITED STATES; MO-